ELISE O'BRIEN, State Bar No. 245967
R. JASON READ, State Bar No. 117561
RYNN & JANOWSKY, LLP
2603 Main Street, Suite 1250
Irvine, CA 92614
T: (949) 752-2911; F: (949) 752-0953
E-Mail: elise@rjlaw.com; jason@rjlaw.com

Attorneys for Defendant
CUSTOM PRODUCE SALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM PRODUCE SALES,<br><br>Defendant. | **CASE NO. 21-cv-00684-DAD-SKO**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS; ORDER**<br><br>**(Doc. 6)** |

Defendant Custom Produce Sales and Plaintiff Export Development Canada, by and through their attorneys of record in this case, hereby stipulate and agree that:

WHEREAS, Plaintiff filed its Complaint in this action on April 23, 2021 (ECF No. 1);

WHEREAS, Defendant's responsive pleading is due on May 18, 2021;

WHEREAS, Defendant requested, and Plaintiff agreed to, a brief three (3) day extension of time to respond to the Complaint;

WHEREAS, the extension of time will not alter the date of any event or deadline already fixed by the Court;

WHEREAS, Local Rule 144(a) of the United States District Court for the Eastern District of California provides that the parties may stipulate to extend the time for responding

to a complaint without leave of Court so long as all parties effected by the extension consent and the extension is no longer than 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall file its responsive pleading by May 21, 2021.

**IT IS SO STIPULATED.**

RYNN & JANOWSKY, LLP

DATED: May 19, 2021      By:    /s/ Elise O'Brien
ELISE O'BRIEN, Attorneys for Defendant
CUSTOM PRODUCE SALES

BLAKELEY, LLP

DATED: May 19, 2021      By:    /s/ Sean J. Lowe (as authorized on 5/17/21)
SEAN J. LOWE, Attorneys for Plaintiff
EXPORT DEVELOPMENT CANADA

## ORDER

The Court, having duly considered the parties' stipulation set forth above (Doc. 6), and good cause appearing, orders as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint is extended to May 21, 2021.

IT IS SO ORDERED.

Dated:   **May 19, 2021**            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE