BLAKELEY LC
David Mannion (Bar No. 288627)
dmannion@blakeleylc.com
530 Technology Drive, Suite 100
Irvine, CA 92618
Telephone: (949) 260-0611

*Attorneys for Plaintiff*
*Export Development Canada*

FENNEMORE LLP
Elise O'Brien (Bar No. 245967)
eobrien@fennemorelaw.com
2603 Main Street, Suite 1250
Irvine, CA 92614
Telephone: (949) 752-2911

*Attorneys for Defendant*
*Custom Produce Sales*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EXPORT DEVELOPMENT CANADA,

Plaintiff,

v.

CUSTOM PRODUCE SALES,

Defendant.

Case No. 1:21-cv-00684-ADA-SKO

**STIPULATION AND ORDER VACATING INITIAL SCHEDULING CONFERENCE PENDING OUTCOME OF ARBITRATION**

**(Doc. 24)**

1    Plaintiff Export Development Canada ("EDC") and Defendant Custom Produce Sales

2  ("Custom Produce") hereby stipulate as follows:

3    WHEREAS, on May 21, 2021, Custom Produce filed a *Motion to Dismiss Complaint and*

4  *Compel Arbitration, or in the alternative, to Stay the Proceedings and Compel Arbitration* (Dkt. No.

5  8) (the "Motion");

6    WHEREAS, on June 8, 2022, the Court (Drozd, J.) issued an Order on the Motion providing,

7  in relevant part, that "[t]his case is stayed in its entirety pending arbitration, subject to its re-opening

8  by the parties at the conclusion of arbitration or upon a ruling by the [arbitral tribunal] that it does

9  not have jurisdiction to hear this dispute[]" and "[t]he parties are directed to notify the court within

10  fourteen (14) days of any decision by the [arbitral tribunal] with respect to arbitration so that the

11  court may either close this case or implement a new scheduling order with regard to future

12  motions[]" (Dkt. No. 21, ECF p. 17);

13    WHEREAS, on August 18, 2022, the Court (Oberto, J.) issued an Order that "[d]ue to the

14  status of the case, the Initial Scheduling Conference currently set for 9/1/2022, is CONTINUED to

15  11/8/2022, at 9:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto," and

16  "[t]he parties SHALL file their joint scheduling report 7 days prior to the conference[;]"

17    WHEREAS, EDC and Custom Produce jointly respectfully request that the Initial Status

18  Conference be vacated without a date subject to the case being re-opened by the parties at the

19  conclusion of the arbitration as contemplated by Judge Drozd's Order on the Motion (Dkt. No. 21,

20  ECF p. 17);

21    IT IS HEREBY STIPULATED by EDC and Custom Produce as follows:

22    1.    The Initial Status Conference currently scheduled for November 8, 2022, is vacated

23  without a date subject to this case being re-opened by the parties at the conclusion of the arbitration

24  as contemplated by Judge Drozd's Order, Dkt. No. 21, ECF p. 17.

25

26                                    [*signature page follows*]

27

28

1

1    IT IS SO STIPULATED.

2                                        Respectfully submitted,

3    DATED:  October 20, 2022

         BLAKELEY LC

4
         By:  /s/ David Mannion
5              DAVID MANNION

6        Attorneys for Plaintiff
7        Export Development Canada

8        FENNEMORE LLP

9        By:  /s/ Elise O'Brien
               ELISE O'BRIEN
10
11       Attorneys for Defendant
         Custom Produce Sales

12

13

14                              **ORDER**

15       This case is currently stayed in its entirety pending arbitration.  (*See* Doc. 21.)   Having

16   reviewed the parties' Stipulation and Order Vacating Initial Scheduling Conference Pending Outcome

17   of Arbitration (Doc. 24), and good cause appearing,

18       **IT IS HEREBY ORDERED** that the Initial Scheduling Conference currently scheduled for

19   November 8, 2022, is VACATED.  The parties are directed to notify the Court within fourteen (14)

20   days of any decision with respect to arbitration so that the Court may either close this case or re-set

21   the Initial Scheduling Conference.

22

23   IT IS SO ORDERED.

24   Dated:  __**October 21, 2022**__                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                           2