# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>    Plaintiff,<br>    v.<br><br>CUSTOM PRODUCE SALES,<br><br>    Defendant. | No. 1:21-cv-00684-NODJ-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 68) |

On March 13, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 72). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 14, 2024**          /s/ *Sheila K. Oberto*         
                                 UNITED STATES MAGISTRATE JUDGE